1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2723

5  Attorneys for Plaintiff
   United States of America
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          ) 2:10-CV-00520-GEB-KJM
                                      )
12         Plaintiff,                 ) ORDER REGARDING CLERK'S
                                      ) ISSUANCE OF WARRANT FOR
13    v.                              ) ARREST OF ARTICLES *IN REM*
                                      )
14 APPROXIMATELY $7,081.00 IN U.S.    )
   CURRENCY,                          )
15                                    )
   2006 HONDA CRF450R MOTORCYCLE, VIN:)
16 JH2PE05336M413204, CALIFORNIA      )
   LICENSE NUMBER: 83C47Y,            )
17                                    )
   2004 HONDA CRF250X MOTORCYCLE, VIN:)
18 JH2ME11184K000863, CALIFORNIA      )
   LICENSE NUMBER: Z26N82,            )
19                                    )
   2006 YAMAHA TT-R230 MOTORCYCLE,    )
20 VIN: 9C6CG19Y560013660,            )
   CALIFORNIA LICENSE NUMBER:         )
21 14E21L, and                        )
                                      )
22 1984 CASE 580E BACKHOE WITH        )
   SCRAPER BUCKET, VIN: 17033151.     )
23                                    )
           Defendants.                )
24 _____)

25      WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been
26 filed on March 3, 2010, in the United States District Court for
27 the Eastern District of California, alleging that the defendants
28 Approximately $7,081.00 in U.S. Currency; 2006 Honda CRF450R

                                  1           Order Re Clerk's Issuance of
                                                    Warrant for Arrest

1  Motorcycle, VIN: JH2PE05336M413204, California license number:
2  83C47Y; 2004 Honda CRF250X Motorcycle, VIN: JH2ME11184K000863,
3  California license number: Z26N82; 2006 Yamaha TT-R230
4  Motorcycle, VIN: 9C6CG19Y560013660, California license number:
5  14E21L; and 1984 Case 580E Backhoe with scraper bucket, VIN:
6  17033151 are subject to forfeiture to the United States pursuant
7  to 21 U.S.C. §§ 881(a)(6) and 881(a)(4) for one or more
8  violations of 21 U.S.C. §§ 841 et seq.;

9  And, the Court being satisfied that, based on the Verified
10 Complaint for Forfeiture *In Rem* and the affidavit of Drug
11 Enforcement Administration Special Agent Brian Nehring, there is
12 probable cause to believe that the defendant assets so described
13 constitute property that is subject to forfeiture for such
14 violation(s), and that grounds for the issuance of a Warrant for
15 Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of
16 the Supplemental Rules for Admiralty or Maritime Claims and Asset
17 Forfeiture Actions;

18 IT IS HEREBY ORDERED that the Clerk for the United States
19 District Court, Eastern District of California, shall issue a
20 Warrant for Arrest of Articles *In Rem* for the defendant assets.
21 Dated: 3-5-2010

EDMUND F. BRENNAN
United States Magistrate Judge