BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-cv-00520-GEB-KJM |
| Plaintiff, | ) ) | **APPLICATION AND ORDER FOR PUBLICATION** |
| v. | ) ) | |
| APPROXIMATELY $7,081.00 IN U.S. CURRENCY, | ) ) | |
| 2006 HONDA CRF450R MOTORCYCLE, VIN: JH2PE05336M413204, CALIFORNIA LICENSE NUMBER: 83C47Y, | ) ) ) ) | |
| 2004 HONDA CRF250X MOTORCYCLE, VIN: JH2ME11184K000863, CALIFORNIA LICENSE NUMBER: Z26N82, | ) ) ) ) | |
| 2006 YAMAHA TT-R230 MOTORCYCLE, VIN: 9C6CG19Y560013660, CALIFORNIA LICENSE NUMBER: 14E21L, and | ) ) ) ) ) | |
| 1984 CASE 580E BACKHOE WITH SCRAPER BUCKET, VIN: 17033151. | ) ) ) | |
| Defendants. | ) ) | |

The United States of America, Plaintiff herein, applies for
an order of publication as follows:

1.    Rule G(4) of the Supplemental Rules for Admiralty or
Maritime Claims and Asset Forfeiture Actions (hereafter

"Supplemental Rules") provides that the Plaintiff shall cause
public notice of the action to be given in a newspaper of general
circulation or on the official internet government forfeiture
site;

2.  Local Rule 171, Eastern District of California, provides
that the Court shall designate by order the appropriate newspaper
or other vehicle for publication;

3.  The defendant Approximately $7,081.00 in U.S. Currency
(hereafter "defendant currency") was seized in the city of
Camptonville, in Yuba County, California.  The defendant 2006
Honda CRF450R Motorcycle, VIN: JH2PE05336M413204, California
license number: 83C47Y; the defendant 2004 Honda CRF250X
Motorcycle, VIN: JH2ME11184K000863, California license number:
Z26N82; the defendant 2006 Yamaha TT-R230 Motorcycle, VIN:
9C6CG19Y560013660, California license number: 14E21L (hereafter
"defendant motorcycles") and the defendant 1984 Case 580E Backhoe
with scraper bucket, VIN: 17033151 (hereafter "defendant
backhoe") were seized in the city of Nevada City, in Nevada
County, California.  The Drug Enforcement Administration ("DEA")
published notice of the non-judicial forfeiture of the defendant
currency and the defendant motorcycles on November 23, 30, and
December 7, 2009, in *The Wall Street Journal*.  The DEA published
notice of the non-judicial forfeiture of the defendant backhoe on
November 30, December 7, and 14, 2009, in *The Wall Street
Journal*.

4.  Plaintiff proposes that publication be made as follows:

a.   One publication;

b.   Thirty (30) consecutive days;

Application and Order for Publication

c.  On the official internet government forfeiture site www.forfeiture.gov;

d.  The publication is to include the following:

(1)  The Court and case number of the action;

(2)  The date of the seizure/posting;

(3)  The identity and/or description of the property seized/posted;

(4)  The name and address of the attorney for the Plaintiff;

(5)  A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

(6)  A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after

///
///
///
///
///
///
///
///
///
///

Application and Order for Publication

the filing of the claims and, in the absence thereof, default may
be entered and condemnation ordered.

Dated: 3/3/10                          BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Kristin S. Door
                                       Kristin S. DOOR
                                       Assistant U.S. Attorney



                                       **ORDER**

        IT IS SO ORDERED.

Dated: March 10, 2010.



                                       _____
                                       U.S. MAGISTRATE JUDGE