BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $7,081.00 IN U.S. CURRENCY,<br><br>2006 HONDA CRF450R MOTORCYCLE, VIN: JH2PE05336M413204, CALIFORNIA LICENSE NUMBER: 83C47Y,<br><br>2004 HONDA CRF250X MOTORCYCLE, VIN: JH2ME11184K000863, CALIFORNIA LICENSE NUMBER: Z26N82,<br><br>2006 YAMAHA TT-R230 MOTORCYCLE, VIN: 9C6CG19Y560013660, CALIFORNIA LICENSE NUMBER: 14E21L, and<br><br>1984 CASE 580E BACKHOE WITH SCRAPER BUCKET, VIN: 17033151.<br><br>  Defendants. | 2:10-CV-00520-GEB-KJM<br><br>**APPLICATION AND ORDER FOR PUBLICATION** |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter

"Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendant Approximately $7,081.00 in U.S. Currency (hereafter "defendant currency") was seized in the city of Camptonville, in Yuba County, California. The defendant 2006 Honda CRF450R Motorcycle, VIN: JH2PE05336M413204, California license number: 83C47Y; the defendant 2004 Honda CRF250X Motorcycle, VIN: JH2ME11184K000863, California license number: Z26N82; the defendant 2006 Yamaha TT-R230 Motorcycle, VIN: 9C6CG19Y560013660, California license number: 14E21L (hereafter "defendant motorcycles") and the defendant 1984 Case 580E Backhoe with scraper bucket, VIN: 17033151 (hereafter "defendant backhoe") were seized in the city of Nevada City, in Nevada County, California. The Drug Enforcement Administration ("DEA") published notice of the non-judicial forfeiture of the defendant currency and the defendant motorcycles on November 23, 30, and December 7, 2009, in *The Wall Street Journal*. The DEA published notice of the non-judicial forfeiture of the defendant backhoe on November 30, December 7, and 14, 2009, in *The Wall Street Journal*.

4. Plaintiff proposes that publication be made as follows:
    a. One publication;
    b. Thirty (30) consecutive days;

1             c.    On the official internet government forfeiture
2  site www.forfeiture.gov;
3             d.    The publication is to include the following:
4                   (1)   The Court and case number of the action;
5                   (2)   The date of the seizure/posting;
6                   (3)   The identity and/or description of the
7  property seized/posted;
8                   (4)   The name and address of the attorney for the
9  Plaintiff;
10                  (5)   A statement that claims of persons entitled
11 to possession or claiming an interest pursuant to Supplemental
12 Rule G(5) must be filed with the Court and served on the attorney
13 for the Plaintiff no later than 60 days after the first day of
14 publication on the official internet government forfeiture site;
15 and
16                  (6)   A statement that answers to the Complaint or
17 a motion under Rule 12 of the Federal Rules of Civil Procedure
18 ("Fed. R. Civ. P.") must be filed and served within 21 days after
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 3/3/10    BENJAMIN B. WAGNER
United States Attorney

/s/ Kristin S. Door
Kristin S. DOOR
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  March 11, 2010.

_____
U.S. MAGISTRATE JUDGE