```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700

 5  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $7,081.00 IN U.S. CURRENCY,<br><br>2006 HONDA CRF450R MOTORCYCLE, VIN: JH2PE05336M413204, CALIFORNIA LICENSE NUMBER: 83C47Y,<br><br>2004 HONDA CRF250X MOTORCYCLE, VIN: JH2ME11184K000863, CALIFORNIA LICENSE NUMBER: Z26N82,<br><br>2006 YAMAHA TT-R230 MOTORCYCLE, VIN: 9C6CGI9Y560013660, CALIFORNIA LICENSE NUMBER: 14E21L, and<br><br>1984 CASE 580E BACKHOE WITH SCRAPER BUCKET, VIN: 17033151.<br><br>    Defendants. | 2:10-CV-00520-GEB-DAD<br><br>STIPULATION FOR STAY OF FURTHER PROCEEDINGS AND ORDER [PROPOSED]<br><br>DATE: June 13, 2011<br>TIME: 9:00 a.m.<br>COURTROOM: #10, 13TH fl. |

    Plaintiff United States of America and claimant Jonathan Todd Farrell (hereafter "claimant") stipulate that a stay is necessary in the above-entitled action, and request that the

Court enter an order staying all further proceedings pending the outcome of a related criminal case now pending in this Court (United States v. Jonathan Todd Farrell, 2:09-CR-00426-GEB).  The next status conference in the criminal case is scheduled for June 24, 2011.  This stipulation is based on the following:

    1.   Pursuant to 18 U.S.C. §§ 981(g)(1), (g)(2) and 21 U.S.C. § 881(i) the parties suggest that a stay of further proceedings in this case is necessary.  The United States contends that the defendant currency is the proceeds of drug trafficking, and that the defendant vehicles were used to facilitate the cultivation of marijuana, and are therefore forfeitable to the United States.  The United States intends to depose the claimant about the claim he filed in this case and the facts surrounding his acquisition of the currency, and his use of the vehicles.  The United States will also question claimant about the events that led to the filing of an information against him for manufacturing marijuana and possession of a firearm by a felon.  If discovery proceeds, claimant would be placed in the difficult position of either invoking his Fifth Amendment right against self-incrimination and losing the ability to protect his interest in the defendant property, or waiving his Fifth Amendment rights and submitting to a deposition and potentially incriminating himself in the pending criminal matter.  If claimant invokes his Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claim he filed in this action and the defenses raised in his Answer.

    2.   In addition, if this case is not stayed claimant will

1  attempt to depose law enforcement officers who were involved in
2  the execution of the search warrants at the claimant's residence
3  and other locations where marijuana plants and growing equipment
4  was found.  Allowing depositions of these officers would
5  adversely affect the ability of the federal authorities to
6  conduct its related criminal prosecution.
7       3.  Accordingly, the parties contend that proceeding with
8  this action at this time has potential adverse affects on the
9  prosecution of the related criminal case and/or upon claimant's
10 ability to prove his claim to the property and to contest the
11 United State's allegations that the property is forfeitable.  For
12 these reasons, the parties request that this matter be stayed for
13 a period of six months.  At that time the parties will advise the
14 Court whether a further stay is necessary.

DATED: 5/17/11                    BENJAMIN B. WAGNER
                                  United States Attorney

                             By:  /s/ Kevin C. Khasigian
                                  KEVIN C. KHASIGIAN
                                  Assistant U.S. Attorney


DATED: 5-16-11                    /s/ Zenia Gilg
                                  ZENIA GILG
                                  Attorney for claimant
                                  Jonathan Todd Farrell
                                  (Original signature retained
                                  by attorney)

**ORDER**

Good cause having been shown, the Status (Pretrial Scheduling) Conference now scheduled for June 13, 2011, is

1  ///

2  continued to December 12, 2011,, at 9:00 a.m.  The parties shall

3  submit a joint status report fourteen days prior to the hearing.

4       IT IS SO ORDERED.

5  Dated:  May 17, 2011

```
                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge
```