```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700

 5  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CV-00520-GEB-DAD |
| Plaintiff, | FINAL JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $7,081.00 IN U.S. CURRENCY, | |
| 2006 HONDA CRF450R MOTORCYCLE, VIN: JH2PE05336M413204, CALIFORNIA LICENSE NUMBER: 83C47Y, | |
| 2004 HONDA CRF250X MOTORCYCLE, VIN: JH2ME11184K000863, CALIFORNIA LICENSE NUMBER: Z26N82, | |
| 2006 YAMAHA TT-R230 MOTORCYCLE, VIN: 9C6CG19Y560013660, CALIFORNIA LICENSE NUMBER: 14E21L, and | |
| 1984 CASE 580E BACKHOE WITH SCRAPER BUCKET, VIN: 17033151. | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against Approximately

1                    Final Judgment of Forfeiture

1  $7,081.00 in U.S. Currency (hereafter "defendant currency"); a 2006
2  Honda CRF450R Motorcycle, VIN: JH2PE05336M413204, California
3  license number: 83C47Y; a 2004 Honda CRF250X Motorcycle, VIN:
4  JH2ME11184K000863, California license number: Z26N82; a 2006 Yamaha
5  TT-R230 Motorcycle, VIN: 9C6CG19Y560013660, California license
6  number: 14E21L (hereafter "defendant motorcycles"); and a 1984 Case
7  580E Backhoe with scraper bucket, VIN: 17033151 (hereafter
8  "defendant backhoe").  The defendant currency, defendant
9  motorcycles, and defendant backhoe (collectively referred to as
10 "defendant assets") were seized on or about September 22, 2009.
11      2.  A Verified Complaint for Forfeiture *In Rem* ("Complaint")
12 was filed on March 3, 2010, alleging that the defendant currency,
13 defendant motorcycles, and defendant backhoe are subject to
14 forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6)
15 and/or 881(a)(4).
16      3.  On or about March 5, 2010, the Clerk issued a Warrant for
17 Arrest for the defendant assets, and that warrant was executed on
18 March 10 and 15, 2010.
19      4.  Beginning on March 11, 2010, for at least 30 consecutive
20 days, the United States published Notice of the Forfeiture Action
21 on the official internet government forfeiture site
22 www.forfeiture.gov.  A Declaration of Publication was filed on June
23 8, 2010.
24      5.  In addition to the public notice on the official internet
25 government forfeiture site www.forfeiture.gov, actual notice or
26 attempted notice was given to the following individuals:
27          a. Jonathan Todd Farrell
28          b. Birdy Cadena

1           c. Paco Garcia

2      6.   Claimant Jonathan Todd Farrell filed a Verified Claim to
3 the defendant assets on April 5, 2010, an *Amended* Verified Claim to
4 the defendant assets on April 7, 2010, and an Answer to the
5 complaint on April 22, 2010.  No other parties have filed claims or
6 answers in this matter, and the time in which any person or entity
7 may file a claim and answer has expired.

8      7.   The Clerk of the Court entered a Clerk's Certificate of
9 Entry of Default against Birdy Cadena and Paco Garcia on August 24,
10 2010.  Pursuant to Local Rule 540, the United States requests that
11 as part of this Final Judgment of Forfeiture the Court enter a
12 default judgment against the interest, if any, of Birdy Cadena and
13 Paco Garcia without further notice.

14      Based on the above findings, and the files and records of the
15 Court, it is hereby ORDERED AND ADJUDGED:

16      1.   The Court adopts the Stipulation for Final Judgment of
17 Forfeiture entered into by and between the parties to this action.

18      2.   That judgment is hereby entered against claimant Jonathan
19 Todd Farrell and all other potential claimants who have not filed
20 claims in this action.

21      3.   All right, title, and interest of Jonathan Todd Farrell in
22 the following defendant assets, together with any interest that may
23 have accrued, shall be forfeited to the United States pursuant to
24 21 U.S.C. §§ 881(a)(6) and/or 881(a)(4), to be disposed of
25 according to law:

26          a.   Approximately $7,081.00 in U.S. Currency,
            b.   2006 Honda CRF450R Motorcycle, VIN:
27               JH2PE05336M413204, California license number:
                 83C47Y,
28          c.   2004 Honda CRF250X Motorcycle, VIN:

                              3                    Final Judgment of Forfeiture

          JH2ME11184K000863, California license number: Z26N82,
    d. 2006 Yamaha TT-R230 Motorcycle, VIN: 9C6CG19Y560013660, California license number: 14E21L, and
    e. 1984 Case 580E Backhoe with scraper bucket, VIN: 17033151.

4. That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant assets. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

5. Claimant Jonathan Todd Farrell waived any and all claim or right to interest that may have accrued on the defendant currency being forfeited to the United States.

6. All parties are to bear their own costs and attorneys' fees.

7. The U.S. District Court for the Eastern District of California, Hon. Garland E. Burrell, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

Dated: February 24, 2012

                              GARLAND E. BURRELL, JR.
                              United States District Judge