1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    2:10-CV-00520-GEB-DAD
                                      )
12           Plaintiff,               )    FINAL JUDGMENT
                                      )    OF FORFEITURE
13                                    )
                                      )
14      v.                            )
                                      )
   APPROXIMATELY $7,081.00 IN U.S.    )
15 CURRENCY,                          )
                                      )
16 2006 HONDA CRF450R MOTORCYCLE, VIN:)
   JH2PE05336M413204, CALIFORNIA      )
17 LICENSE NUMBER: 83C47Y,            )
                                      )
18 2004 HONDA CRF250X MOTORCYCLE, VIN:)
   JH2ME11184K000863, CALIFORNIA      )
19 LICENSE NUMBER: Z26N82,            )
                                      )
20 2006 YAMAHA TT-R230 MOTORCYCLE,    )
   VIN: 9C6CG19Y560013660,            )
21 CALIFORNIA LICENSE NUMBER:         )
   14E21L, and                        )
22                                    )
   1984 CASE 580E BACKHOE WITH        )
23 SCRAPER BUCKET, VIN: 17033151.     )
                                      )
24           Defendants.              )
   _____)
25

26      Pursuant to the Stipulation for Final Judgment of Forfeiture,

27 the Court finds:

28      1.  This is a civil forfeiture action against Approximately

$7,081.00 in U.S. Currency (hereafter "defendant currency"); a 2006 Honda CRF450R Motorcycle, VIN: JH2PE05336M413204, California license number: 83C47Y; a 2004 Honda CRF250X Motorcycle, VIN: JH2ME11184K000863, California license number: Z26N82; a 2006 Yamaha TT-R230 Motorcycle, VIN: 9C6CG19Y560013660, California license number: 14E21L (hereafter "defendant motorcycles"); and a 1984 Case 580E Backhoe with scraper bucket, VIN: 17033151 (hereafter "defendant backhoe").  The defendant currency, defendant motorcycles, and defendant backhoe (collectively referred to as "defendant assets") were seized on or about September 22, 2009.

2.  A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on March 3, 2010, alleging that the defendant currency, defendant motorcycles, and defendant backhoe are subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and/or 881(a)(4).

3.  On or about March 5, 2010, the Clerk issued a Warrant for Arrest for the defendant assets, and that warrant was executed on March 10 and 15, 2010.

4.  Beginning on March 11, 2010, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on June 8, 2010.

5.  In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Jonathan Todd Farrell

    b. Birdy Cadena

1            c. Paco Garcia

2       6.   Claimant Jonathan Todd Farrell filed a Verified Claim to

3  the defendant assets on April 5, 2010, an *Amended* Verified Claim to

4  the defendant assets on April 7, 2010, and an Answer to the

5  complaint on April 22, 2010.  No other parties have filed claims or

6  answers in this matter, and the time in which any person or entity

7  may file a claim and answer has expired.

8       7.   The Clerk of the Court entered a Clerk's Certificate of

9  Entry of Default against Birdy Cadena and Paco Garcia on August 24,

10 2010.  Pursuant to Local Rule 540, the United States requests that

11 as part of this Final Judgment of Forfeiture the Court enter a

12 default judgment against the interest, if any, of Birdy Cadena and

13 Paco Garcia without further notice.

14      Based on the above findings, and the files and records of the

15 Court, it is hereby ORDERED AND ADJUDGED:

16      1.   The Court adopts the Stipulation for Final Judgment of

17 Forfeiture entered into by and between the parties to this action.

18      2.   That judgment is hereby entered against claimant Jonathan

19 Todd Farrell and all other potential claimants who have not filed

20 claims in this action.

21      3.   All right, title, and interest of Jonathan Todd Farrell in

22 the following defendant assets, together with any interest that may

23 have accrued, shall be forfeited to the United States pursuant to

24 21 U.S.C. §§ 881(a)(6) and/or 881(a)(4), to be disposed of

25 according to law:

26            a.  Approximately $7,081.00 in U.S. Currency,
             b.  2006 Honda CRF450R Motorcycle, VIN:
27               JH2PE05336M413204, California license number:
                 83C47Y,
28            c.  2004 Honda CRF250X Motorcycle, VIN:

1    JH2ME11184K000863, California license number:
     Z26N82,

2    d.   2006 Yamaha TT-R230 Motorcycle, VIN:
     9C6CG19Y560013660, California license number:

3    14E21L, and

     e.   1984 Case 580E Backhoe with scraper bucket, VIN:
4    17033151.

5        4.   That the United States and its servants, agents, and

6    employees and all other public entities, their servants, agents,

7    and employees, are released from any and all liability arising out

8    of or in any way connected with the seizure, arrest, or forfeiture

9    of the defendant assets.  This is a full and final release applying

10   to all unknown and unanticipated injuries, and/or damages arising

11   out of said seizure, arrest, or forfeiture, as well as to those now

12   known or disclosed.  The parties waived the provisions of

13   California Civil Code § 1542.

14       5.   Claimant Jonathan Todd Farrell waived any and all claim or

15   right to interest that may have accrued on the defendant currency

16   being forfeited to the United States.

17       6.   All parties are to bear their own costs and attorneys'

18   fees.

19       7.   The U.S. District Court for the Eastern District of

20   California, Hon. Garland E. Burrell, Jr., District Judge, shall

21   retain jurisdiction to enforce the terms of this Final Judgment of

22   Forfeiture.

23   Dated:  February 24, 2012

24

25   _____
     GARLAND E. BURRELL, JR.
26   United States District Judge

27

28